# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

RIGI KOPF, LLC, a Florida limited liability Company,

    Plaintiff,

v.

SKYBRIDGE MIAMI, LLC, a Delaware Limited Liability Company, FELIPE MONROY TORRES, individually, ARIEL ZEEV PICKER SCHATZ, individually, BOBE HOLDINGS LIMITED PARTNERSHIP, a Prince Edward Island (Canada) Limited Partnership, and OLGA SCHATZ SKVIRSKY, individually,

    Defendants.

Case No. 1:23-cv-24079-FAM

## **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff, RIGI KOPF, LLC (the "Plaintiff"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement and, in support thereof, states as follows:

1. The Plaintiff, RIGI KOPF, LLC, is owned by Ronald Vogel (50%), an individual resident/citizen of the State of Florida, and JR KOPF, LLC (50%), a Delaware Limited Liability Company.

2. There is no publicly held corporation that owns 10% or more of its stock.

Dated: November 7, 2023.                    Respectfully submitted,

                                                    **MSP RECOVERY LAW FIRM**
2701 S. LeJeune Rd., 10th Floor
Coral Gables, FL 33134
(305) 614-2222

By:     *Christine M. Lugo*
        Christine M. Lugo, Esq.
        Florida Bar No. 109515
        clugo@msprecoverylawfirm.com
        serve@msprecoverylawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served on all parties of record this 7th day of November 2023, via the CM/ECF filing portal to:

**Michael N. Kreitzer, Esq.**
**Jennifer Junger, Esq.**
**Phillip Soven, Esq.**
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
kreitzerm@gtlaw.com
jungerj@gtlaw.com
phil.soven@gtlaw.com

By:   *Christine M. Lugo*
      Chistine M. Lugo, Esq.