**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO. 1:23-cv-24079-FAM/TORRES**

RIGI KOPF, LLC, a Florida limited liability Company,

        Plaintiff,

v.

SKYBRIDGE MIAMI, LLC, a Delaware Limited Liability Company, FELIPE MONROY TORRES, individually, ARIEL ZEEV PICKER SCHATZ, individually, BOBE HOLDINGS LIMITED PARTNERSHIP, a Prince Edward Island (Canada) Limited Partnership, and OLGA SCHATZ SKVIRSKY, individually,

        Defendants.

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, RIGI KOPF, LLC, a Florida limited liability Company, and Defendants, SKYBRIDGE MIAMI, LLC, a Delaware Limited Liability Company, FELIPE MONROY TORRES, individually, ARIEL ZEEV PICKER SCHATZ, individually, BOBE HOLDINGS LIMITED PARTNERSHIP, a Prince Edward Island (Canada) Limited Partnership, and OLGA SCHATZ SKVIRSKY, individually (collectively, the "Defendants"), by and through their respective undersigned counsel, file this Joint Notice of Settlement, pursuant to Local Rule 16.4.

    1.    On September 25, 2024, the parties reached an agreement in principle to resolve all of Plaintiff's claims against all Defendants.

    2.    The parties are in the process of drafting the settlement agreement and will file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), once finalized.

ACTIVE 702382838v1

3. Accordingly, the parties jointly and respectfully request that all pending discovery, pleading, and pretrial deadlines should be vacated.

4. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement agreement.

DATED on this 26th day of September, 2024.   Respectfully submitted,

| | |
|---|---|
| **MSP RECOVERY LAW FIRM** <br> The Miami Green Building <br> 3150 Southwest 38th Avenue, 11th Floor <br> Miami, Florida 33146 <br> Telephone: (305) 614-2222 <br><br> By: *Christine M. Lugo* <br> **JOHN H. RUIZ** <br> Florida Bar No. 928150 <br> jruiz@msprecoverylawfirm.com <br> **CHRISTINE M. LUGO** <br> Florida Bar No. 109515 <br> clugo@msprecoverylawfirm.com <br> serve@msprecoverylawfirm.com <br> **JANPAUL PORTAL** <br> Florida Bar No. 0567264 <br> jportal@msprecoverylawfirm.com | **GREENBURG TRAURIG, P.A.** <br> 333 S.E. 2nd Avenue, Suite 4400 <br> Miami, Florida 33131 <br> Telephone: (305) 579-0500 <br> Facsimile: (305) 579-0717 <br><br> By: */s/ Michael N. Kreitzer* <br> **MICHAEL N. KREITZER** <br> Florida Bar No. 705561 <br> kreitzerm@gtlaw.com <br> moisem@gtlaw.com <br> flservice@gtlaw.com <br> **JENNIFER JUNGER** <br> Florida Bar No. 125853 <br> jungerj@gtlaw.com <br> fernandezfe@gtlaw.com <br> **PHILLIP M. SOVEN** <br> Florida Bar No. 1035504 <br> phil.soven@gtlaw.com <br> moisem@gtlaw.com |